O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMANUEL F. PERCIVAL AND TONI L. PERCIVAL,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. BANK NATIONAL ASSOCIATION et al.,<br><br>    Defendants. | Case No. EDCV 09-01879 VAP (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' First Amended Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: January 12, 2010

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge